AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GLORIA MARTINEZ, MILENA SALAZAR, and WALTER SALAZAR <br><br> *Plaintiff(s)* <br><br> v. <br><br> AMC Entertainment Holdings, Inc., ACS ENTERPRISES, INC., LUNA CLEANING COMPANY LLC, ANTHONY FERMIN individually, and JUAN CARLOS TREJO individually <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse C. Rose
The Rose Law Group PLLC
3272 Steinway St; Suite 503
Astoria, New York 11103


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____     _____
                                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GLORIA MARTINEZ, MILENA SALAZAR, and
WALTER SALAZAR,

                              Plaintiffs,

        -against-

AMC Entertainment Holdings, Inc., ACS ENTERPRISES, INC.,
LUNA CLEANING COMPANY LLC, ANTHONY FERMIN
*individually,* and JUAN (last name unknown) *individually,*

                             Defendants.
-------------------------------------------------------------------------X

Case No.: _____

**ATTACHMENT**

To: *(Defendant's name and address)*

AMC Entertainment Holdings, Inc.
2655 Richmond Ave, Staten Island, NY 10314
ACS Enterprises, Inc.
123 Pacific Street, Pomona, California 91768
Anthony Fermin
123 Pacific Street, Pomona, California 91768
Luna Cleaning Company LLC
241-71 Oak Park Dr Little Neck, NY
Juan Carlos Trejo
241-71 Oak Park Dr Little Neck, NY