UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLORIA MARTINEZ, MILENA SALAZAR, and WALTER SALAZAR,<br><br>        Plaintiffs,<br><br>     -v.-<br><br>AMC ENTERTAINMENT HOLDINGS, INC., ACS ENTERPRISES, INC., LUNA CLEANING COMPANY LLC, ANTHONY FERMIN, and JUAN CARLOS TREJO,<br><br>        Defendants. | 23 Civ. 10435 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  By notice dated April 23, 2024, the Court-annexed Mediation Program reported to the Court that the parties have arrived at a mediated resolution to this matter. (Dkt. #12). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **May 24, 2024**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g., Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

  SO ORDERED.

Dated: April 25, 2024
    New York, New York

                     *Katherine Polk Failla*
                     KATHERINE POLK FAILLA
                     United States District Judge