UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
GLORIA MARTINEZ, MILENA SALAZAR, and :
WALTER SALAZAR, :
                                                                                               :
                   Plaintiffs,                :
                                                    :     **23 Civ. 10435 (KPF)**
        -against-                    :
                                                  :
AMC ENTERTAINMENT HOLDINGS, INC., ACS :     **JUDGMENT**
ENTERPRISES, INC., LUNA CLEANING COMPANY :
LLC, ANTHONY FERMIN, *individually*, and JUAN :
CARLOS TREJO, *individually*, :
                                                  :
                  Defendants.              :
------------------------------------------------------------ X

**The Court Orders that:**

Plaintiffs Gloria Martinez, Milena Salazar, and Walter Salazar recover from Defendants AMC Entertainment Holdings, Inc., ACS Enterprises, Inc., Luna Cleaning Company LLC, Anthony Fermin, and Juan Carlos Trejo, jointly and severally, the total amount of Eighty Thousand Dollars and Zero Cents ($80,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 16).

```
The Clerk of Court is hereby directed to terminate all pending
motions, adjourn all remaining dates, and close this case.
```

Dated:  New York, New York
                    May 9, 2024

                                                        **SO ORDERED:**

                                                                Hon. Katherine Polk Failla
                                                                United States District Judge